UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

GIOVENNIE BARAHONA

CRIMINAL ACTION

NO. 09-120-JJB-SCR

**RULING**

The court has carefully considered defendant's motion to vacate, the government's opposition thereto, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated May 14, 2012 (doc. no. 57). The petitioner has filed an objection to the Report which essentially makes the same arguments and lacks merit.

The court hereby approves the Report and Recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's Verified Motion to Vacate Sentence and Conviction is DENIED.

Baton Rouge, Louisiana, this 14th day of June, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA